NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bryan L. McNew, | No. CV-22-08210-PCT-SRB(CDB) |
| Plaintiff, | **ORDER** |
| v. | |
| Yavapai County, et al. | |
| Defendants. | |

On September 5, 2023, the Magistrate Judge issued her Report and Recommendation recommending that Defendants Alejandro Jacinto and Kyle Baldwin and Plaintiff's claims against these Defendants be dismissed without prejudice for failure to timely serve these Defendants pursuant to Rule 4(m), Fed. R. Civ. P. and Plaintiff's failure to comply with the Court's Order at Doc. 65.

In her Report and Recommendation the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

. . .

. . .

**IT IS FURTHER ORDERED** dismissing without prejudice Defendants Alejandro Jacinto and Kyle Baldwin.

Dated this 10th day of October, 2023.

_____
Susan R. Bolton
United States District Judge